| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Bertelsman, William O | 2. Court or Organization<br><br>KY-ED | 3. Date of Report<br><br>5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>35 West Fifth Street, Rm. 505<br>P. O. Box 1012<br>Covington, KY 41012-1012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Teacher (part-time)(one class) | Salmon P. Chase College of Law, Northern Kentucky University, Highland Heights, KY |
| 2. Executor | ▮▮▮ Estate - Closed 11/03 |
| 3. Owner | 529 Trust Plans #1-#9 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 17 10 27 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.    2003 | Salmon P. Chase College of Law -- teaching fee | 2,550.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2003 | Council on Postsecondary Education |

## IV. REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.    George Mason University School of Law | Attendance at "Federalist Paper" seminar in LaJolla, California on March 6-9, 2003 (air travel, food and lodging) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bertelsman, William O | 5/4/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Victory Gradison Government Reserve | A | Dividend | J | T | | | | | |
| 2. Dreyfus Municipal Bond Fund | B | Interest | K | T | | | | | |
| 3. Dreyfus Intermediate Municipal Bond Fund | C | Interest | L | T | | | | | |
| 4. Dreyfus Gold Fund | | None | K | T | | | | | |
| 5. Victory Tax Free Fund | A | Dividend | J | T | | | | | |
| 6. Legg Mason Europe Fund (stock) | A | Dividend | J | T | | | | | |
| 7. U.S. Bank, Fort Thomas, KY | A | Interest | J | T | | | | | |
| 8. Dreyfus Short Intermedidate Municipal Bond Fund | B | Interest | L | T | | | | | |
| 9. Dupree, Kentucky- Short/Med. Fund | A | Interest | L | T | | | | | |
| 10. Dupree, Kentucky - Tax Free Fund | B | Interest | K | T | | | | | |
| 11. Two Undeveloped Lots in Charlotte Co., Florida | | None | J | W | | | | | |
| 12. Two Undeveloped Lots in Port Charlotte, Florida | | None | J | W | | | | | |
| 13. Lewis County, Kentucky (School) | A | Interest | | | Redeem | 11/3 | J | A | |
| 14. Providence Montessori Kentucky (School) | A | Interest | J | T | | | | | |
| 15. Fifth Third Bank (Account) | A | Interest | J | T | | | | | |
| 16. Star Bank Stellar Fund | A | Dividend | K | T | | | | | |
| 17. Citizens Bank of Campbell County, KY | A | Dividend | K | T | | | | | |
| 18. Fifth Third Bank, Fort Thomas, KY | A | Dividend | M | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Victory Established Value Fund  G | A | Dividend | K | T | | | | | |
| 20. Dreyfus Growth & Income Fund | A | Dividend | J | T | | | | | |
| 21. Paintsville, Kentucky (School) | B | Interest | | | Redeem | 5/1 | K | A | |
| 22. Estill County, Kentucky PPC | A | Interest | K | T | | | | | |
| 23. Kentucky League of Cities (Dayton, KY) | A | Interest | J | T | | | | | |
| 24. Kentucky League of Cities (Dayton, KY) | A | Interest | K | T | | | | | |
| 25. Victory Gradison Government Reserve | A | Dividend | K | T | | | | | |
| 26. Floyd County, Kentucky (School) | A | Interest | J | T | | | | | |
| 27. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |
| 28. Lincoln County, KY (Public Property) | A | Interest | J | T | | | | | |
| 29. Procter & Gamble - Common stock | A | Dividend | K | T | | | | | |
| 30. Citizens Bank of Campbell Co., Kentucky (Accounts) | D | Interest | M | T | | | | | |
| 31. Victory Small Company Fund | A | Dividend | J | T | | | | | |
| 32. NCR Corp. (common stock) | | None | J | T | | | | | |
| 33. Pomeroy Computer Res. (Common stock) | | None | J | T | | | | | |
| 34. BankAmerica Corp. (Common stock) | A | Dividend | K | T | | | | | |
| 35. Lexington-Fayette County, KY(Sewer) | A | Interest | J | T | Redeem | 12/1 | J | A | |
| 36. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. United States Savings Bonds (I) | B | Interest | L | T | | | | | |
| 38. Kentucky Interlocal School ▓▓▓ (due 12/1/04) | A | Interest | J | T | | | | | |
| 39. Star Bank (Account) | A | Interest | J | T | | | | | |
| 40. Carrollton & Henderson KY (Public Energy) ▓▓▓ | A | Interest | J | T | | | | | |
| 41. American Int'l Group, Inc. | A | Dividend | K | T | | | | | |
| 42. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 43. First Data Corp. | A | Dividend | K | T | | | | | |
| 44. Sherwin Williams | A | Dividend | J | T | | | | | |
| 45. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 46. Worldcom, Inc. - Worldcom Group | A | Dividend | | | Sold | 1/22 | J | A | |
| 47. Worldcom, Inc. - MCI Group | A | Dividend | | | Sold | 1/22 | J | A | |
| 48. Scudder Dreman High Return Fund | A | Dividend | K | T | | | | | |
| 49. Russell County, KY Hospital | A | Interest | K | T | | | | | |
| 50. Mill Valley One Ltd. (Ltd. partnership) (promissory note) | A | Interest | J | T | | | | | |
| 51. American Express Co. | A | Dividend | J | T | | | | | |
| 52. Kroger Co. | A | Dividend | J | T | | | | | |
| 53. Merck & Company, Inc. | A | Dividend | J | T | | | | | |
| 54. Sun Microsystems, Inc. | | None | J | T | Partial Sale | 12/26 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Ross Sinclair Brokerage(Account) | A | Dividend | J | T | | | | | |
| 56. Harlan County, KY Health Care Facs Laurel Prj | A | Interest | K | T | | | | | |
| 57. Eastern Ky Univ Revs Sys Due 2/1/09 | A | Interest | J | T | | | | | |
| 58. Victory Stock Index Fund (Account) | A | Dividend | J | T | | | | | |
| 59. Barbourville Ky EDL Bldg Rev (Union College) | A | Interest | J | T | | | | | |
| 60. Victory Gradison Government Reserve #3 | A | Dividend | J | T | | | | | |
| 61. Kentucky State Property & Bldg. | A | Interest | K | T | | | | | |
| 62. J.M.Smucker Co. | A | Dividend | J | T | | | | | |
| 63. Ageere Systems Inc. | A | Dividend | J | T | | | | | |
| 64. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 65. 529 Trust #1 | B | Interest | M | T | | | | | |
| 66. 529 Trust #2 | B | Interest | M | T | | | | | |
| 67. 529 Trust #3 | B | Interest | M | T | | | | | |
| 68. 529 Trust #4 | B | Interest | M | T | | | | | |
| 69. 529 Trust #5 | B | Interest | M | T | | | | | |
| 70. 529 Trust #6 | B | Interest | M | T | | | | | |
| 71. **Allstate Corp. | D | Dividend | N | T | | | | | |
| 72. **BP PLC | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. ** Broadwing | A | Dividend | | | Sell | 5/28 | J | A | |
| 74. ** Burlington No. Santa Fe | A | Dividend | J | T | | | | | |
| 75. ** Burlington Resources | A | Dividend | J | T | | | | | |
| 76. ** Chevron-Texaco Corp. | B | Dividend | K | T | | | | | |
| 77. ** Cinergy Corp. | A | Dividend | J | T | | | | | |
| 78. **Clorox Co. | B | Dividend | K | T | | | | | |
| 79. ** Coca Cola Co. | A | Dividend | | | Sell | 1/9 | K | A | |
| 80. ** Comforce Corp. | A | Dividend | | | Sell | 1/9 | J | A | |
| 81. ** Conoco Phillips | A | Dividend | J | T | | | | | |
| 82. ** Convergys Corp. | A | Dividend | | | Sell | 12/26 | J | A | |
| 83. ** El Paso Corp. | A | Dividend | | | Sell | 1/9 | J | A | |
| 84. ** Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 85. ** General Mills Inc. | A | Dividend | K | T | | | | | |
| 86. ** International Aluminum Corp. | A | Dividend | | | Sell | 1/9 | J | A | |
| 87. ** Kerr McGee Corp. | A | Dividend | J | T | | | | | |
| 88. ** Pepsico Inc. | B | Dividend | M | T | Partial Sale | 12/26 | K | A | |
| 89. ** Pfizer, Inc. | C | Dividend | M | T | | | | | |
| 90. ** Procter & Gamble Co. | E | Dividend | O | T | Partial Gift | 12/1 | M | A | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less     K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                     P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal     R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)           U = Book Value     V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ** Schering Plough | B | Dividend | | | Sell | 1/9 | L | A | |
| 92. ** J.M. Smucker | A | Dividend | J | T | | | | | |
| 93. ** Southern Co. | C | Dividend | L | T | | | | | |
| 94. ** Sunoco, Inc. | A | Dividend | K | T | | | | | |
| 95. ** U.S. Industries, Inc. | A | Dividend | | | Sell | 1/9 | J | A | |
| 96. ** Wachovia Corp. | A | Dividend | J | T | | | | | |
| 97. ** Whirlpool Corp. | A | Dividend | J | T | | | | | |
| 98. ** Wisconsin Energy Corp. | B | Dividend | K | T | | | | | |
| 99. ** Xcel Eneregy, Inc. | A | Dividend | J | T | | | | | |
| 100. ** Yum Brands, Inc. | A | Dividend | K | T | | | | | |
| 101. ** U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 102. ** Dupree Mutual Funds | D | Dividend | M | T | | | | | |
| 103. ** Citizens Bank (Accounts) | A | Interest | | | Closed | 11/15 | M | A | |
| 104. ** Fifth Third Bank (Account) | A | Interest | | | Closed | 11/15 | J | A | |
| 105. ** Victory Gradison Government Reserve | A | Interest | | | Closed | 11/15 | J | A | |
| 106. 529 Trust #7 | B | Interest | M | T | Buy | 1/15 | M | | |
| 107. 529 Trust #8 | B | Interest | M | T | Buy | 1/15 | M | | |
| 108. 529 Trust #9 | B | Interest | M | T | Buy | 1/15 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Louisville & Jefferson Co., KY Metro Sewer & Drain Bond | C | Interest | K | T | Buy | 5/28 | K | | |
| 110. Elizabethtown, KY Public Properties Bond | B | Interest | K | T | Buy | 1/23 | K | | |
| 111. University of Louisville, KY Educational Bldg. Bond | B | Interest | K | T | Buy | 2/28 | K | | |
| 112. Kentucky State Turnpike Authority Bond | C | Interest | K | T | Buy | 1/22 | K | | |
| 113. Kentucky State Property & Bldgs. Communication Revenue Bond | C | Interest | K | T | Buy | 1/22 | K | | |
| 114. Northern Kentucky Water District Bond | C | Interest | K | T | Buy | 1/29 | K | | |
| 115. Clay County, KY Justice Center Bond | B | Interest | K | T | Buy | 5/14 | K | | |
| 116. Owensboro, KY Public Project Bond | B | Interest | K | T | Buy | 2/4 | K | | |
| 117. Kentucky State Property & Bldgs Revenue Bond | C | Interest | K | T | Buy | 1/22 | K | | |
| 118. Louisville & Jefferson County MBIA | C | Interest | K | T | Buy | 2/5 | K | | |
| 119. | C | Interest | | | Sold | 10/8 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bertelsman, William O | 5/4/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

All items designated with ** contained in Section VII. Investments & Trusts are in ▮▮▮▮ Estate of which I served as Executor and which was closed in November 2003. These items are now in the name of the undersigned.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 10, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544